UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
MAY 08 2019
ARTHUR JOHNSTON
BY_____ DEPUTY

UNITED STATES OF AMERICA            PLAINTIFF

VS.          CIVIL ACTION NO. 1:19cv271 LG-RHW

HONG & MEN III, L.L.C.
and SI V. VO                 DEFENDANTS

## COMPLAINT

The United States of America, by and through D. Michael Hurst, Jr., United States Attorney for the Southern District of Mississippi, and J. Wesley Webb, Assistant United States Attorney for said District, brings this complaint against Defendants Hong & Men III, L.L.C., and Si V. Vo for the recovery of a civil penalty, alleging as follows:

### INTRODUCTION

1.   This is a civil action brought by the United States of America against Defendants Hong & Men III, L.L.C. and Si V. Vo to enforce a civil penalty by the U. S. Department of Commerce, North American Oceanic and Atmospheric Administration ("NOAA").

### JURISDICTION AND VENUE

2.   This Court has jurisdiction over an action commenced by the United States of America under 28 U.S.C. § 1345.

3.   Venue is proper in the Southern District of Mississippi because the principal operating office of Defendants is located in Gautier, Mississippi, a location within this district.

### PARTIES

4.   The Plaintiff is the United States of America.

5.   NOAA is an American scientific agency within the United States Department of Commerce that focuses on the conditions of the oceans, major waterways, and the atmosphere.

6. Defendant Hong & Men, III, LLC is a limited liability corporation, incorporated in the State of Mississippi for the purpose of shellfish fishing, business ID: 982147. and Si V. Vo is a fisherman, doing business with Hong & Men, III, LLC. Hong & Men, III, LLC is located at 3913 Players Cove, Gautier, MS 39553.

## GENERAL FACTUAL ALLEGATIONS

7. On or about February 16, 2011, Hong and Men, III, LLC (owner) and Si V. Vo (operator), of the F/V ANDY & JOHNNY, JR. did engage in an activity for which a valid Federal permit, license, or endorsement is required (fishing for shrimp in the Gulf EEP) without such permit, license, or endorsement, in violation of 16 U.S.C. 1857(1)(A) and 50 C.F.R. 622.7(a) (renumbered as 622.13(a)).

8. On or about February 16, 2011, Hong and Men, III, LLC (owner) and Si V. Vo (operator), of the F/V ANDY & JOHNNY, JR. did possess or fail to comply with the release requirements of red drum, a prohibited species, in violation of 16 U.S.C. 1857(1)(A) and 50 C.F.R. 622.7(k) (renumbered as 622.13(m)).

9. On May 16, 2014, NOAA sent the debtor the attached Notice of Violation and Assessment of Administrative Penalty, listing two violations and related penalty amounts, pursuant to 16 U.S.C. 1857(1)(A).

10. Count 1 listed an $18,800.00 assessment for violation of watercraft licensing requirements under 50 C.F.R. 622.13(a).

11. Count 2 assessed a $2,000.00 penalty for violation of regulations at 50 C.F.R. 622.7(k) requiring the return of specified caught species to the water.

12. The May 16, 2014 Notice provided the debtor with thirty (30) days to either repay the $20,800.00 assessment, or request a repayment plan or hearing, before the penalty became a

final order. According to NOAA records, the co-debtors did not respond to this notice and did not pursue any of these options.

## CLAIM FOR RELIEF

WHEREFORE, Plaintiff demands judgment against Defendants, as follows:

A. Defendants Hong & Men, III, L.L.C. and Si V. Vo owe the United States of America the principal sum of $20,800.00, plus interest, as more fully set forth on the Certificate of Indebtedness attached hereto as Exhibit "A".

B. Due demand has been made for payment.

C. The Plaintiff United States of America demands judgment against Defendants Hong & Men III, L.L.C. and Si V. Vo, as follows:

   i. In the amount of $36,952.21 ($20,800.00 principal and $904.18 in interest accrued through January 31, 2019) and total administrative costs $15,248.03.

   ii. Interest to accrue at the legal rate to date of judgment, as well as, interest from the date of judgment at the legal rate until paid in full.

   iii. Filing fee costs in the amount of $400.00 ($350.00 filing fee plus $50.00 administrative fee) in favor of Plaintiff, pursuant to 28 U.S.C. § 2412(a)(2); and;

   iv. for such other good and proper relief as this Court may deem just.

DATED:  May 6, 2019.

Respectfully submitted,

D. MICHAEL HURST, JR.
United States Attorney

BY: *[signature]*

J. WESLEY WEBB (MSB #104495)
Assistant United States Attorney
Office of the United States Attorney
SOUTHERN DISTRICT OF MISSISSIPPI
501 East Court Street, Suite 4.430
Jackson, MS 39201
Telephone: 601.965.4480
Facsimile:  601.965-4032
E-mail: James.Webb2@usdoj.gov

JS 44 (Rev. 02/19)

# CIVIL COVER SHEET

1:19cv271 LGRHW

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
UNITED STATES OF AMERICA

**DEFENDANTS**
HONG & MEN III, L.L.C. and SI V. VO

**(b)** County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: Jackson
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
MAY 08 2019
ARTHUR JOHNSTON
BY _____ DEPUTY

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
J. Wesley Webb, AUSA, U.S.A.O.
501 East Court Street, Suite 4.430
Jackson, MS 39201 (601) 965-448

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☒ 1  U.S. Government Plaintiff
- ☐ 3  Federal Question *(U.S. Government Not a Party)*
- ☐ 2  U.S. Government Defendant
- ☐ 4  Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability / ☐ 367 Health Care/Pharmaceutical Personal Injury Product Liability | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability / ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle / **PERSONAL PROPERTY** / ☐ 370 Other Fraud | **LABOR** | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability / ☐ 371 Truth in Lending | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury / ☐ 380 Other Personal Property Damage | ☐ 720 Labor/Management Relations | ☐ 861 HIA (1395ff) | ☐ 485 Telephone Consumer Protection Act |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice / ☐ 385 Property Damage Product Liability | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) | ☐ 490 Cable/Sat TV |
| ☐ 196 Franchise | | ☐ 751 Family and Medical Leave Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 850 Securities/Commodities/Exchange |
| | | | ☐ 864 SSID Title XVI | ☒ 890 Other Statutory Actions |
| | | | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights / **Habeas Corpus:** | ☐ 791 Employee Retirement Income Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 441 Voting / ☐ 463 Alien Detainee | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 896 Arbitration |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment / ☐ 510 Motions to Vacate Sentence | | | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 240 Torts to Land | ☐ 443 Housing/Accommodations / ☐ 530 General | **IMMIGRATION** | | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment / ☐ 535 Death Penalty | ☐ 462 Naturalization Application | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other / **Other:** / ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | ☐ 448 Education / ☐ 550 Civil Rights | | | |
| | ☐ 555 Prison Condition | | | |
| | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation - Transfer
- ☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
31 U.S.C. 3701 et seq.
Brief description of cause:
Recovery of civil penalty

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
**DEMAND $** 36,952.21
CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☐ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____  DOCKET NUMBER _____

DATE: 05/06/2019
SIGNATURE OF ATTORNEY OF RECORD: *J. Wesley Webb*

**FOR OFFICE USE ONLY**

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____